# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            CASE NO. 4:17-CR-00313-BSM

JESUS ALBERTO GARCIA-QUIROZ                                           DEFENDANT

## ORDER

Jesus Garcia-Quiroz's pro se motion to reduce sentence [Doc. No. 1241] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. This is true because he did not receive "status points." Additionally, Garcia-Quiroz's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 569 at 3. Because Garcia-Quiroz knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curium) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE