# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                      **CASE NO. 4:17-CR-00313-BSM-5**

**JESUS ALBERTO GARCIA-QUIROZ**                                    **DEFENDANT**

## ORDER

Jesus Garcia-Quiroz's motion to reduce his sentence [Doc. No. 1276] is denied because the guidelines provision under which he seeks relief does not appear to exist; while there are proposed amendments that may address Quiroz's sentence, they have not yet been adopted. Additionally, Quiroz's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . ." Doc. No. 569 at 3. Because Quiroz knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571, 571-72 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 16th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE